IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CHRISTINA ANN GRAHAM, Individually and as Anticipated Administrator of the ESTATE OF NELSON LEE GRAHAM, JR., Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUTY MADISEN EMERSON, DEPUTY KEVIN CLARKE, and DEPUTY ELVIN THOMPSON,<br><br>Defendants. | CASE NO.: 1:23-CV-180 |

## **PLAINTIFFS' STATUS REPORT**

COME NOW Plaintiffs Christina Ann Graham, individually and as anticipated administrator of the Estate of Nelson Lee Graham, Jr., Deceased, and hereby provide the Court with a Status Report:

1.

Plaintiff filed the instant action on November 30, 2023, seeking to recover against Defendants under 42 U.S.C. § 1983 for death of Nelson Lee Graham, Jr., at

1

the hands of Defendants, who were acting under color of state law as Deputies of the Richmond County Sheriff's Office.

2.

Defendants jointly filed their Answer on December 28, 2023.

3.

Plaintiffs and Defendants timely exchanged their initial disclosures, written discovery requests, written discovery responses, document productions, and expert disclosures.

4.

On June 4, 2024, Plaintiff served Notices of Deposition for each Defendant.

5.

Plaintiff was subsequently informed by counsel for Defendants that Defendants would each be asserting their Fifth-Amendment rights due to a pending investigation into the subject incident by the Georgia Bureau of Investigation.

6.

Because the investigation is still ongoing, Plaintiff has also been unable to obtain relevant documents requested from the Georgia Bureau of Investigation.

7.

In view of the foregoing circumstances, the instant action was stayed for 180 days to allow an independent law-enforcement investigation to be completed prior to proceeding with depositions and further discovery.

8.

Plaintiffs have conferred with counsel for Defendants, it is Plaintiffs' understanding that the investigation remains open against Defendants.

WHEREFORE, Plaintiffs move the Court to stay the instant action for an additional 60 days, at which point the parties will apprise the Court of the status of the investigation into the subject incident and seek an Amended Scheduling Order for further discovery following the close of the investigation.

Respectfully submitted this 2nd day of February, 20245.

                **ERIC J. HERTZ, PC**

                */s/ Jesse A. Van Sant*
                JESSE A. VAN SANT
                Georgia Bar Number 558101
                *jesse@hertz-law.com*

8300 Dunwoody Pl. Suite 210
Atlanta, GA 30350
Phone: (404) 577-8111
Fax: (404) 577-8116
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned on this date served **PLAINTIFFS' STATUS REPORT** upon the following counsel in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system to all counsel of record:

Randolph Frails
Tameka Haynes
Frails & Wilson LLC
211 Pleasant Home Road, Suite A1 Augusta, GA 30907
*randyfrails@frailswilsonlaw.com*
*thaynes@frailswilsonlaw.com*

This 2nd day of February, 2025.

**ERIC J. HERTZ, PC**

*/s/ Jesse A. Van Sant*
JESSE A. VAN SANT
Georgia Bar Number 558101
*jesse@hertz-law.com*

8300 Dunwoody Pl. Suite 210
Atlanta, GA 30350
Phone: (404) 577-8111
Fax: (404) 577-8116
*Counsel for Plaintiffs*