`IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CHRISTINA ANN GRAHAM, Individually and as Anticipated Administrator of the ESTATE OF NELSON LEE GRAHAM, JR., Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPUTY MADISEN EMERSON, DEPUTY KEVIN CLARKE, and DEPUTY ELVIN THOMPSON,<br><br>    Defendants. | CASE NO.: 1:23-CV-180 |

## PLAINTIFFS' STATUS REPORT

COME NOW Plaintiffs Christina Ann Graham, individually and as anticipated administrator of the Estate of Nelson Lee Graham, Jr., Deceased, and hereby provide the Court with a Status Report:

1.

Plaintiff filed the instant action on November 30, 2023, seeking to recover against Defendants under 42 U.S.C. § 1983 for death of Nelson Lee Graham, Jr., at

1

the hands of Defendants, who were acting under color of state law as Deputies of the Richmond County Sheriff's Office.

2.

Defendants jointly filed their Answer on December 28, 2023.

3.

Plaintiffs and Defendants timely exchanged their initial disclosures, written discovery requests, written discovery responses, document productions, and expert disclosures.

4.

On June 4, 2024, Plaintiff served Notices of Deposition for each Defendant.

5.

Plaintiff was subsequently informed by counsel for Defendants that Defendants would each be asserting their Fifth-Amendment rights due to a pending investigation into the subject incident by the Georgia Bureau of Investigation.

6.

Because the investigation was still ongoing at that time, Plaintiff was unable to obtain relevant documents requested from the Georgia Bureau of Investigation. In view of the foregoing circumstances, the instant action was stayed for 180 days initially and an additional 60 days thereafter to allow an independent law-

enforcement investigation to be completed prior to proceeding with depositions and further discovery.

7.

Since the Order of April 16, 2025 (Document 27), we determined the investigation is complete.

8.

Plaintiffs have conferred with counsel for Defendants, and we propose the following new discovery dates:

CLOSE OF DISCOVERY - **October 23, 2025**

LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS, but EXCLUDING MOTIONS IN LIMINE – **November 24, 2025**

Respectfully submitted this 23rd day of June, 2025.

**ERIC J. HERTZ, PC**

*/s/ Eric James Hertz*
ERIC JAMES HERTZ
Georgia Bar Number 349501
*Hertz@hertz-law.com*

8300 Dunwoody Pl. Suite 210
Atlanta, GA 30350
Phone: (404) 577-8111
Fax: (404) 577-8116
*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

This is to certify that the undersigned on this date served **PLAINTIFFS' STATUS REPORT** upon the following counsel in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system to all counsel of record:

Randolph Frails
Tameka Haynes
Frails & Wilson LLC
211 Pleasant Home Road, Suite A1 Augusta, GA 30907
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

Respectfully submitted this 23rd day of June 2025.

**ERIC J. HERTZ, PC**

*/s/ Eric James Hertz*
ERIC JAMES HERTZ
Georgia Bar Number 349501
*Hertz@hertz-law.com*

8300 Dunwoody Pl. Suite 210
Atlanta, GA 30350
Phone: (404) 577-8111
Fax: (404) 577-8116
*Counsel for Plaintiffs*