IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CHRISTINA ANN GRAHAM, Individually and as Anticipated Administrator of the ESTATE OF NELSON LEE GRAHAM, JR., Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPUTY MADISEN EMERSON, et al.,<br><br>    Defendants. | CV 123-180 |

**O R D E R**

Upon consideration, the Court **GRANTS** the consent motion to stay discovery while the parties participate in mediation.  (Doc. no. 33.)  The Court **STAYS** all remaining case deadlines and filing requirements through and including March 20, 2026.  The parties shall advise the Court as to the status of the case by no later than March 27, 2026, and if the case is not resolved or a settlement conference reset, the Court imposes the following deadline:

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | April 20, 2026 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect.

SO ORDERED this 4th day of December, 2025, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA