**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| CHRISTINA ANN GRAHAM, Individually and as Anticipated Administrator of the ESTATE OF NELSON LEE GRAHAM, JR., Deceased, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. 1:23-CV-180 |
| DEPUTY MADISEN EMERSON, DEPUTY KEVIN CLARKE, and DEPUTY ELVIN THOMPSON, | ) |
| Defendants. | ) |

**SECOND CONSENT MOTION TO STAY ACTION**

COME NOW Plaintiff Christina Ann Graham, Defendant Deputy Madisen Emerson, Defendant Deputy Kevin Clarke, and Defendant Deputy Elvin Thompson (collectively the "Parties"), by and through undersigned counsel, and move this Court to stay the action for 90 days to allow for settlement threshold issues to be resolved and for the settlement conference to be reset. The Parties show the Court as follows:

1.

The Parties completed discovery on October 23, 2025.

2.

On October 23, 2025, the Parties submitted their Joint Status Report (Doc 31), in which they agreed to mediation before the filing of dispositive motions.

3.

On November 3, 2025, this matter was referred for judicial settlement conference before the Honorable Susan D. Barrett to commence on November 19, 2025.

4.

On November 19, 2025, the Parties attended the judicial settlement conference in good faith, but ran into some threshold issues, necessitating a continuance of the settlement conference.

5.

And so, the Parties agreed to file a Consent motion to stay the present case for 120 days to allow for settlement threshold issues to be resolved and for the settlement conference to be reset.

6.

On December 4, 2026, this Court entered an Order staying the case for 120 days to allow the settlement threshold issue to be resolved and to allow the settlement conference to be reset.

7.

Since that Order, the settlement threshold issue has been in front of the probate Court and still remains unresolved. However, the Parties believe that another stay to allow the settlement threshold issue to be resolved and the settlement conference to be reset could lead to a pre-trial resolution of the case.

8.

Thus, the Parties respectfully request that the Court enter a stay in this action for 90 days from the date of this motion.

## CONCLUSION

For the reasons stated herein, the Parties respectfully request that the Court grant this motion and enter an Order staying this Action for 90 days from the date of the filing of this motion. A proposed order is attached hereto as **Exhibit 1**.

Respectfully submitted this 24th day of March, 2026.

*s/ Alex S. Hertz*

**ERIC J. HERTZ, P.C.**
Eric J. Hertz
Georgia Bar No. 349501
hertz@hertz-law.com
Alex S. Hertz
Georgia Bar No. 420971
alex@hertz-law.com
8300 Dunwoody Place
Suite 300
Atlanta, GA 30350
Telephone: (404) 577-8111
Facsimile: (404) 577-8116
*Attorneys for Plaintiff*

*s/Tameka Haynes*

**FRAILS & WILSON LLC**
Tameka Haynes
Georgia Bar No. 453026
thaynes@frailswilsonlaw.com
Randolph Frails
Georgia Bar No. 272729
randyfrails@frailswilsonlaw.com
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 24th day of March, 2026.

***/s/ Alex S. Hertz***
Alex S. Hertz
Georgia Bar No. 420971

**ERIC J. HERTZ, P.C.**
8300 Dunwoody Place
Suite 300
Atlanta, GA 30350
Telephone: (404) 577-8111
Facsimile: (404) 577-8116