# EXHIBIT 1- PROPOSED ORDER FOR STAY OF ACTION

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| CHRISTINA ANN GRAHAM, Individually and as Anticipated Administrator of the ESTATE OF NELSON LEE GRAHAM, JR., Deceased, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. 1:23-CV-180 |
| DEPUTY MADISEN EMERSON, DEPUTY KEVIN CLARKE, and DEPUTY ELVIN THOMPSON, | ) |
| Defendants. | ) |

**[PROPOSED]**

**ORDER GRANTING CONSENT MOTION TO STAY ACTION**

This matter is before the Court on the Consent Motion to Stay Action, which was filed by the Parties.

For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED THAT this Action is stayed for 90 days.

SO ORDERED, this ______ day of ________________, 2026

______________________________
**BRIAN K. EPPS**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**