**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| CHRISTINA ANN GRAHAM, Individually and as anticipated Administrator of the ESTATE OF NELSON LEE GRAHAM, JR., Deceased, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. 1:23-CV-180 |
| DEPUTY MADISEN EMERSON, DEPUTY KEVIN CLARKE, and DEPUTY ELVIN THOMPSON, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO SUBSTITUTE CHRISTINA GRAHAM AS ADMINISTRATOR OF THE ESTATE OF NELSON GRAHAM IN PLACE OF CHRISTINA GRAHAM AS ANTICIPATED ADMINISTRATOR OF THE ESTATE OF NELSON GRAHAM**

Plaintiff Christina Graham ("Plaintiff"), by and through her undersigned counsel, moves this Court to Substitute Christina Graham as Administrator of the Estate of Nelson Graham in place of Christina Graham as Anticipated Administrator of the Estate of Nelson Graham. In support of this Motion, Plaintiff shows the Court as follows:

1. On November 30, 2023, Plaintiff filed this Complaint in her individual capacity for the wrongful death of her husband as well as in her capacity as the anticipated Administrator of the Estate of Nelson Graham.

2. Since then, Plaintiff has been appointed the Administrator of the Estate of Nelson Graham.

3. Counsel for the Defendants have indicated that they do not oppose this motion.

4. Since Plaintiff as the appointed Administrator of the Estate of Nelson Graham is the real party in interest in this action pursuant to Federal Rule of Civil Procedure 17, Plaintiff respectfully requests that this Court substitute Christina Graham as Administrator of the Estate of Nelson Graham in place of Christina Graham as Anticipated Administrator of the Estate of Nelson Graham.

## CONCLUSION

For the reasons stated herein, the Plaintiff respectfully requests that the Court grant this motion and enter an Order substituting Christina Graham as Administrator of the Estate of Nelson Graham in place of Christina Graham as Anticipated Administrator of the Estate of Nelson Graham. A proposed order is attached hereto as **Exhibit 1**.

Respectfully submitted this 2nd day of September, 2026.

**ERIC J. HERTZ, P.C.**

*/s/ Alex Hertz*

Eric J. Hertz
hertz@hertz-law.com
GA State Bar No. 349501
Alex S. Hertz
Alex@hertz-law.com
Georgia Bar No. 420971

8300 Dunwoody Place
Suite 300
Atlanta, GA 30350
Telephone: (404) 577-8111
Facsimile: (404) 577-8116

*Attorneys for Plaintiff Chrstina Graham*

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2026, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

This 2nd day of September 2026.

*/s/ Alex S. Hertz*
Alex S. Hertz
Georgia Bar No. 420971