# EXHIBIT 1- PROPOSED ORDER FOR SUBSTITUTION

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| CHRISTINA ANN GRAHAM, Individually and as anticipated Administrator of the ESTATE OF NELSON LEE GRAHAM, JR., Deceased, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. 1:23-CV-180 |
| DEPUTY MADISEN EMERSON, DEPUTY KEVIN CLARKE, and DEPUTY ELVIN THOMPSON, | ) |
| Defendants. | ) |

**[PROPOSED]**

**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE CHRISTINA GRAHAM AS ADMINISTRATOR OF THE ESTATE OF NELSON GRAHAM IN PLACE OF CHRISTINA GRAHAM AS ANTICIPATED ADMINISTRATOR OF THE ESTATE OF NELSON GRAHAM**

This matter is before the Court on the Unopposed Motion to Substitute Christina Graham as Administrator of the Estate of Nelson Graham in Place of Christina Graham as Anticipated Administrator of the Estate of Nelson Graham, which was filed by Plaintiff Christina Graham. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED THAT Christina Graham as Administrator of the Estate of Nelson Graham is hereby substituted in place of Christina Graham as Anticipated Administrator of the Estate of Nelson Graham.

SO ORDERED, this ______ day of ________________, 2026

______________________________
**HONORABLE J. RANDAL HALL**
**UNITED STATES DISTRICT COURT**