IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 10 2026

FILED

| | | |
|---|---|---|
| CHRISTINA ANN GRAHAM, Individually and as the Administrator of the Estate of Nelson Lee Graham, Jr., Deceased, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-180 |
| DEPUTY MADISEN EMERSON; DEPUTY KEVIN CLARK; and DEPUTY ELVIN THOMPSON, | * | |
| Defendants. | * | |

**O R D E R**

Having considered the unopposed Consent Motion to Substitute Party, the Court **GRANTS** the motion. (Doc. 39.) Accordingly, the Court substitutes Christina Ann Graham as Administrator of the Estate of Nelson Graham in place of Christina Graham as Anticipated Administrator of the Estate of Nelson Graham. The Court **DIRECTS** the **CLERK** to update the docket in accordance with the caption of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA